Riches v. Identity Theft Inc. et al										Doc. 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Jonathan Lee Riches© A/K/A
"Secured Party",

Plaintiff

CASE NO

vs.

~~IDENTITY THEFT INC.,~~
COMPUTER HACKERS L.L.C.,
TELEPHONE PHREAKERS,

DEFENDANTS

FILED(SG)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
07 JUL 17 AM 11:56

## Complaint
"MAJOR FRAUD AGAINST ME"

"TRO TEMPORARY RESTRAWING ORDER"

This is a Bivens complaint, and numerous Federal and State laws the Defendents are in violation of. Crimes that include; Identity theft, wire fraud, Social Security Fraud, election fraud, wiretapping, invasion of privacy, Sabotage, Copyright Infringement.

Comes Now the Plaintiff Jonathan Lee Riches© A/K/A "Secured Party", in pro-se, Moves this Honorable court to issue an order for all Defendants to respond. As Plaintiff's civil Rights and 1st, 4th, 5th, 6th, 8th, 14th amendment constitutional Rights are being violated by Defendants.

Dockets.Justia.com

Moves THIS Honorable Court to issue a "TRO" Temporary restraining order against DEFendants and DEFendants vehicles and siblings from Any contact with Plaintiff. Plaintiff seeks 323,000,000,000,000.00 Trillion dollars in Damages for relief and asks this Honorable court to deliver that via DHL Delivery to FCI Williamsburg, Salters S.C.

### Count 1

Identity theft Inc is based at a secret site in Louisville Kentucky, on Feb. 25th, 2003, Identity theft and computer Hackers stole My Identity, and recieved dental care in My Name.

### Count 2

My full Name is copyrighted protected, as DEFendants sold my Name to Ebay Auctions on Sep. 4th, 2004 using the proceeds to arm Sudan Janjaweed Rebels, PKK, Botan Gout. This is in Violation of the trading with enemy Act

### Count 3

George W. Bush, JeB Bush, Telephone Phreakers plead alliegence to Al-qaeda on Nov. 11th, 2005

### Count 4

- My mind is being hacked into by defendants
- Defendants snuck into this prison and cloned my brain

### Count 5

- I've been seeing the Dr. Loranth for bowell and weight loss problems. Defendants put a computer virus into my body to get me sick.

### Count 6

- Defendants forced me against my will in 1998, 1999 to committ Identity theft that landed me in prison

I'm requesting a restraining order against Defendants, no further contact. Plaintiff prays this Honorable court grants him a hearing on this matter

respectfully submitted     *Jonathan Lee, Ricks*

Jonathan Lee, Ricks
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

Due to Restrictions on Typewriters this suit was Handwritten

Name: Jonathan Lee, Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FILED
TRICT COURT CLERK
WESTERN DISTRICT OF KY
07 JUL 17 AM 11:56

FLORENCE SC
13 JUL 2007 PM

United States District Court
Western District of Kentucky
Clerk of Court
106 Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202

40202+2230