

# Case Assignment
## Standard CivilAssignment

Case number **3:07CV-376-S**

Assigned : Judge Charles R. Simpson III
Judge Code : 4411

Designated Magistrate Judge : James D. Moyer
Magistrate Judge Code : 44AN

Assigned on 07/18/2007

[Request New Judge] ..... [Return]

*1983
No Fee Paid
Deficiency
Needed*

Dockets.Justia.com