USDC KYWD  - Notice Of Deficiency (Rev. 4/03)

# United States District Court
# Western District of Kentucky
# at Louisville

## *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | Jonathan Lee Riches |
| **CASE #:** | 3:07CV-P376-S |
| **STYLE OF CASE:** | Riches v. Identity Theft Inc., et al |
| **DOCUMENT TITLE:** | Complaint |
| **DATE:** | 7/19/2007 |
| **BY:** | Sandra Cooper *DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**FILING FEE OR APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES. You must either pay the filing fee or file a fully completed Application to Proceed Without Prepayment of Fees and Affidavit.**
*(See 28 U.S.C. § 1915.)*

**$ 350.00 FILING FEE.  To be paid in full.**

**YOU ARE GRANTED 30 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   FAILURE TO COMPLY WITHIN 30 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**