Riches v. Identity Theft Inc. et al
Case 3:07-cv-00376-CRS    Document 4    Filed 08/24/2007    Page 1 of 4
Doc. 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JEFFREY A. APPERSON, CLERK
AUG 24 2007
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Jonathan Lee Riches © A/K/A
"Sue-perman" d/b/a
"Jonny Sue-Nami",
Plaintiff

CASE NO: 3:07CV-P376-S

v.

IDENTITY THEFT INC., et al,

DEFENDANTS

## MOTION FOR JUDGES RECUSAL UNDER 28 USC 455(A)(B)

MOTION TO APPEAL DISTRICT COURT CASES:

Riches v. Government Snitches 07-20042 (S. District of Florida)
Riches v. Uniform Commercial Code 06-01428 (N. District of California)
Rich v. United Airlines 06-C-978 (N. District of Illinois)
Riches v. U.S. Military 06-CV-81-D (District of Wyoming)
Riches v. Federal Judicial System 07-124-P-S (District of Maine)
Riches v. Federal Reserve Bank 06-10499 (District of Massachusetts)
Riches v. Vick 07-01858 (N. District of ~~Florida~~
Riches v. G.W. Bush 07-C-4192 (N. District of Illinois)
Riches v. Bush Appeals Court 07-3225 (E. District of Pennsylvania)

Comes now the Plaintiff Jonathan Lee Riches © A/K/A "Sue-perman" d/b/a "Jonny Sue-Nami", former Identity theft Leader of the republic of HACKISTAN, in pro-se, Moves this Honorable chief Judge to recuse the presiding Judge in this case under 28 USC 455(A)(B). Personal and financial conflicts of interests the residing Judge has with Defendant's in this suit, Defendants in the above mentioned cases. Plaintiff's constitutional rights are being violated in not recieving a fair and unbias suit.

## 1

Defendants hacked into Estonia. Defendants created a 2000 newspaper in Saranac Lake New York about the continue cyber and weather wake attack on the lester family.

On May 4th, 2002 at the annual "black hat" Defcon hacker convention in Las vegas, My IBM was cyber Jacked by the head of "Shadow crew" the Iceman. Iceman is the director of Identity theft INC.

Defendants crash Kennedy JR's Plane. Defendants broke into radio shack.

The telephone was used as a blunt object in the O.J. Murders.

Defendants entered all nationwide walmarts and go to the kosk machines at the Gift Registry Section where instant store credit can be obtained through Monogram bank of Georgia. This is a credit tester. Defendants submit a list of names and Social security #s until someone gets approved for a store card, then they get a temp. shopping pass. They go to Scoobie doo's mystery machine with a Eltron PVC printer, whip up a fake liscence, go back to the store and shop to they drop. Converting the temp. shopping pass to Gift cards and buying case loads of Mountain Dew. Thats the Hackers choice of soft drink. The Gift cards are then sold on Ebay in $500 increments on hijacked ebay accounts for 85% of the value paid instant through Pay pal.

Defendants tapped into Randy Weavers Phone at Ruby ridge

In 2000, Defendants defrauded Giftcertificates.com and used credit cards to have spree at simon mall stores

Defendants wrapped Phone cords around Pablo Escobar
Defendants committed sodomy with palm trees
Defendants paid Johnny to pick on the Karate Kid

## MOTION FOR JUDGES RECUSAL UNDER 28 USC 455(A)(B)

The presiding Judge in this suit under 455(A)(B) has to recuse themselves because of personal and financial interests between the defendants in this case. The victims in Plaintiff's criminal case out of Texas and this presiding Judge. All are interlocked owning stock in the same companies, doing banking together, Bingo games together, everyone vacations at the same resorts. The respected presiding Judge was a Identity theft victim. Plaintiff has a constitutional right to a unbias hearing.

## MOTION TO CORRECT SCRIVENERS ERROR

Plaintiff moves to correct his full name in the dockets. Plaintiff is copyrighted since 1994. Please correct my full name and A/K/A to the following; Jonathan Lee Riches© A/K/A "The Frankenstein of Bank Crimes"

Defendants pressed an Iron against my face.
Defendants secreted me in bird poop

### CONCLUSION

Plaintiff prays with the Book of Yahweh for relief

Respectfully Submitted

Jonathan Lee Riches©
U.C.C. 1-308

Jonathan Lee Riches©
#40948-018
Federal Correctional Institution
Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC
22 AUG 2007 PM
August 22, 2007

UNITED STATES DISTRICT COURT
Western DISTRICT OF KENTUCKY
Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, Kentucky 40202

40202+2223

FILED
AUG 24 2007
CLERK
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY